I/S 21

1  ALLAN TALBERT, JR.
2  7551 Shore Cliff Dr.
   Los Angeles, California
3  310-922-7512
4  allantalbert622@gmail.com
5  Plaintiff in Pro Per

*Original*

```
        FILED
CLERK, U.S. DISTRICT COURT

      07/28/14

CENTRAL DISTRICT OF CALIFORNIA
BY: sb _____ DEPUTY
```

6

7

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA,**

11                **LOS ANGELES DIVISION**

12

13  **ALLAN TALBERT, JR.,**           )    Case No. **CV14-5706** ODW-SHx
14                    Plaintiff,      )
15            vs.                     )    **VERIFIED COMPLAINT**
16  **ALBERTELLI LAW**                )
    **PARTNERS CALIFORNIA, PA,**      )
17  **as successor in interest to**   )
    **CALIFORNIA**                    )
18  **RECONVEYANCE COMPANY,**         )
19                    Defendant,      )    **DEMAND FOR JURY**
20                                    )    **TRIAL**
    _____  )
21

22  Plaintiff, Allan Talbert, Jr., individually, hereby sues **ALBERTELLI LAW**
23  **PARTNERS CALIFORNIA, PA, as successor in interest to CALIFORNIA**
    **RECONVEYANCE COMPANY** (hereinafter ALAW), for violations of the Fair
24  Debt Collections Practices Act (FDCPA) 15 U.S.C. §1692 and the Rosenthal Fair
25  Debt Collection Practices Act (RFDCPA) §1788.12.

```
        LODGED
CLERK, U.S. DISTRICT COURT

      JUL 22 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
```

26

27

28

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendant for violations of the Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. §1692 *et seq* and the Rosenthal Fair Debt Collection Practices Act (RFDCPA) §1788.12.

2. Plaintiff contends that the Defendant has violated such laws by placing markings on the outside of an envelope that are unfair and unconscionable, such as markings that would signal that it is a debt collection letter and tend to embarrass, threaten or manipulate debtors.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under 15 U.S.C. §1692k (d), Rosenthal Fair Debt Collection Practices Act (RFDCPA), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

4. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides within California, the Defendants transact business within California, and the conduct complained of occurred within California.

5. This is an action for damages which exceeds $1,000.

## FACTUAL ALLEGATIONS

6. On July 26, 2013 Plaintiff received a U.S. Post Office certified envelope (#7196 9006 9296 8451 8941) dated July 23, 2013 from  Defendant addressed to "RESIDENT OF PROPERTY SUBJECT TO FORECLOSURE SALE, 7551 SHORE CLIFF DR, LOS ANGELES, CA 90045-4856.  A true and correct copy thereof is attached hereto, marked Exhibit "A" and is incorporated herein by reference.

7. On October 9, 2013, by certified mail Plaintiff sent letter to Defendant explaining the violation and offering to discuss a settlement of the statutory damages outside of court.  A true and correct copy thereof is attached hereto, marked Exhibit "B" and is incorporated herein by reference.

8. Defendant sent letter to Plaintiff dated December 6, 2013 stating that the above referenced letters were mailed to Plaintiff in compliance with California Civil Code Section 2924.8.  A true and correct copy thereof is attached hereto, marked Exhibit "C" and is incorporated herein by reference.

9. On December 16, 2013 Plaintiff sent email in response to President of CALIFORNIA RECONVEYANCE COMPANY, Deborah Brignac, stating in detail the reason for Plaintiff's complaint.   A true and correct copy thereof is attached hereto, marked Exhibit "D" and is incorporated herein by reference.

10. Plaintiff alleges that Defendant is unaware of California Civil Code Section 2924.8(d) which provides that Section 2924.8 "shall only apply to loans secured by residential real property, ***and*** if the billing address for the mortgage note is different than the property address."(emphasis added)

11. The plaintiff's billing address for the mortgage note **is the same** as the subject property address and plaintiff is the owner of house located at 7551 Shore Cliff Dr., Los Angeles, CA 90045.  A true and correct copy thereof is attached hereto, marked Exhibit "E" and is incorporated herein by reference.

12. **ALAW,** a company based in Florida, purchased **CALIFORNIA RECONVEYANCE COMPANY** on or around December 16, 2013 and is doing business in California as **ALBERTELLI LAW PARTNERS CALIFORNIA, PA.**

## COUNT 1

### VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES
### ACT 15 U.S.C. §1692
### BY DEFENDANT, ALBERTELLI LAW  PARTNERS CALIFORNIA, PA ,
### as successor in interest to  CALIFORNIA RECONVEYANCE COMPANY.

13. Plaintiff alleges and incorporates the information in paragraphs 1 through 12.

14. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a (3).

15. **ALBERTELLI LAW PARTNERS CALIFORNIA, PA , as successor in interest to CALIFORNIA RECONVEYANCE COMPANY**, is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a (6).

16. Defendant negligently or willfully, violated FDCPA, 15 U.S.C. §1692f (8) by indicating on the face of the envelope the words  "FORECLOSURE SALE" which is in clear and direct violation of the instant strict liability statute because it includes language other than the debt collector's address, on any envelope when communicating with a consumer by use of the mails.

## COUNT 2

### VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION
### PRACTICES ACT (RFDCPA)
### BY DEFENDANT, ALBERTELLI LAW  PARTNERS CALIFORNIA, PA, as
### successor in interest to  CALIFORNIA RECONVEYANCE COMPANY.

17. Plaintiff alleges and incorporates the information in paragraphs 1 through 16.

18. Defendant is a debt collector within the meaning of the RFDCPA CAL. CIV. CODE § 1788.2(c).

19. Defendant negligently or willfully, violated RFDCPA, CAL. CIV. CODE §1788.12d  by indicating on the face of the envelope the words "FORECLOSURE SALE" which is in clear and direct violation of the instant strict liability statute because it *"is intended both to be seen by any other person and also to embarrass the debtor."*

WHEREFORE, Plaintiff respectfully requests judgment to be entered against Defendant for the following;

1. Statutory damages of $1,000 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 k.

2. Statutory damages of $1,000 pursuant to the Rosenthal Fair Debt Collection Practices Act and any other relief that this Honorable Court deems appropriate.

### DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law. Respectfully submitted this 22nd day of  July, 2014.

By: Allan Talbert, Jr.
7551 Shore Cliff Dr.
Los Angeles, CA  90045
310-922-7512
allantalbert622@gmail.com
Plaintiff in Pro Per

## VERIFICATION OF COMPLAINT AND CERTIFICATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Plaintiff, ALLAN TALBERT, JR., states as follows:

1. I am the Plaintiff in this civil proceeding.

2. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

3. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

4. I have filed this Complaint in good faith and solely for the purposes set forth in it.

5. Each and every exhibit I have attached to this Complaint is a true and correct copy of the original.

6. Except for clearly indicated redactions where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ALLAN TALBERT, JR., hereby declare under penalty of perjury that the foregoing is true and correct.

_Allan Talbot, Jr._
ALLAN TALBERT, JR.

DATE ___7/22/14___

# Exhibit "A"

Exhib A

California Reconveyance Company
PO Box 9029
Temecula, CA 92589-9029



7196 9006 9296 8451 8941

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20130723-59

RESIDENT OF PROPERTY SUBJECT TO
FORECLOSURE SALE
7551 SHORE CLIFF DR
LOS ANGELES, CA 90045-4856

Send Correspondence to:
California Reconveyance Company
9200 Oakdale Avenue
Mail Stop N110612
Chatsworth, CA  91311

CAPP

Exhib A

8

7196 9006 9296 8451 8941

**CALIFORNIA RECONVEYANCE COMPANY**
9200 Oakdale Avenue – CA2-4379
Chatsworth, CA 91311
(800)892-6902
(818)775-2510 Fax

## POSTPONEMENT NOTICE

July 23, 2013

Re: Trustee's Sale No. 733350CA
Property: 7551  SHORE CLIFF DRIVE, , LOS ANGELES, CA 90045

You are hereby notified that the Trustee's Sale listed above has been postponed to **08-09-2013** at **11:00 A.M.**.

**It is important that you monitor all sale activity and attend the sale to protect your interest. The sale may be conducted without further notification. You may not receive written notice of postponement each time the Trustee's Sale is postponed.**

You can obtain information about further sale postponements by calling: LPS Agency Sales & Posting at (714) 730-2727, or visit the Internet Web site www.lpsasap.com (Registration required to search for sale information) or Priority Posting & Publishing at (714) 573-1965 or visit the Internet Web site www.priorityposting.com (Click on the link for "Advanced Search" to search for sale information), or auction.com at 1-800-280-2832 or visit the Internet Web site www.auction.com, using the Trustee Sale No. shown above and by accepting the terms and conditions for use of these resources. These resources are provided solely as a courtesy and without liability or recourse. The only official record of any postponement is the public declaration given at the time and place last appointed for the sale. You should personally attend the sale to verify current status.

**UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

We are attempting to collect a debt, and any information obtained will be used for that purpose.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.

**IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS**
If you are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You may also be eligible for benefits and protections under state law. SCRA and state Military benefits and protections also may be available if you are the dependent of an eligible Servicemember.

Eligible service may include:
- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard, or
- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration, or
- Active service as a commissioned officer of the Public Health Service, or
- Service with the forces of a nation with which the United States is allied in a war or Military action, or
- Service with the National Guard of a state militia under a state call of duty, or
- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

For more information, please call Chase Military Services at 877-469-0110.



Exhib A
9

# Exhibit "B"

Exhib B

10

Allan Talbert, Jr.
7551 Shore Cliff Dr.
Los Angeles, CA 90045

California Reconveyance Company
9200 Oakdale Avenue-CA2-4379
Chatsworth, CA 91311

October 9, 2013

Re: Trustee's Sale No. 733350CA

### NOTICE OF PENDING LAWSUIT

This is being sent prior to filing suit as an opportunity to amicably cure California Reconveyance Company's violations of Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692f(8).

1692f(8) states that the following conduct is a violation of this section: Using any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer by use of the mails or by telegram, except that a debt collector may use his business name if such name does not indicate that he is in the debt collection business.

I received four envelopes (see enclosed) on October 7, 2013 displaying in the address portion of the envelope "Resident of Property Subject to Foreclosure Sale, 7551 Shore Cliff Dr., Los Angeles, CA 90045-4856". This is in clear violation of the above referenced FDCPA statute.

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If California Reconveyance Company chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law.

I can be reached directly at 310-922-7512 (cell) or via email at allantalbert622@gmail.com. This cell number is not to be called, shared, or used for any purpose other than to address the matter at hand.

Respectfully,

*Allan Talbert, Jr.*

Allan Talbert, Jr.

Exhib B
11

LOS ANGELES, CA 90009-9998

10/09/2013                                    03:53:38 PM
==============================================

                    Sales Receipt
Product              Sale      Unit       Final
Description          Qty       Price      Price
----------------------------------------------

CHATSWORTH, CA  91311                        $.46
Zone-1
First-Class Mail® Letter
  0 lb. 1.00 oz.
  * Scheduled Delivery Day Friday,
October 11.
  Certified Mail™                          $3.10
  %% Label #:
  9507 1000 1149 3282 0004 88           ==========
Issue Postage:                             $3.56

Total:                                  ==========
                                           $3.56


Paid by:
VISA                                       $3.56
    Account #:      XXXXXXXXXXXX8998
    Approval #:        085418
    Transaction #:   313
    23-902200005-99

SSK Transaction #:              92
USPS® #                      054501-9576

*** To check on the delivery status of
   is article, visit our Track &
   nfirm website at USPS.com, use this
   lf-service kiosk (or any
   .lf-service kiosk at other Postal
   cations) or call 1-800-222-1811.

                    Thanks.
        It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Exhib B

12

# Exhibit "C"

Exhib C
13



P.O. Box 6200
Northridge, California 91328-6200

December 6, 2013

Allan Talbert, Jr.
7551 Shore Cliff Drive
Los Angeles, CA 90045

Re:  Trustee's Sale Number 733350CA

Dear Mr. Talbert,

This letter is in response to your correspondence dated December 5, 2013, addressed to California
Reconveyance Company.  California Reconveyance Company mailed the Resident of Property notices to
the property in compliance with California Civil Code Section 2924.8.

Sincerely,

CALIFORNIA RECONVEYANCE COMPANY

Deborah Brignac
President
(818) 775-2360

LH1946

Exhib C
14

# Exhibit "D"

Exhib D
15



Allan Talbert < allantalbert622@gmail.com>

---

## Regarding Your Letter and Pending Lawsuit
1 message

---

**Allan Talbert** < allantalbert622@gmail.com>                                        Mon, Dec 16, 2013 at 1:00 PM
To: deborah.brignac@chase.com

Dear Mrs. Brignac,
I received your response dated December 6, 2013 regarding the Resident of Property notices. In researching the Code Section 2924.8 you mentioned I believe that you may be unaware of the remaining provisions in that section. If you look at Section 2924.8 you will see that it is not a long section, but that it also contains parts (a) through (e). In particular, part (d) reads: *"This section shall only apply to loans secured by residential real property, and if the billing address for the mortgage note is different than the property address."*

It is clear that this section, which was amended in Senate on March 29, 2012, is intended to ensure that tenants who live in a property subject to foreclosure are given adequate notice of a possible foreclosure. You will see that my billing and property addresses are the same, as this is my residence since I bought it in 2006. To be clear, I am the homeowner and not a tenant. To send these notices addressed to actual homeowners is a clear violation that is not excused even when the offending debt collector was unaware it was in violation. In my case I will show that California Reconveyance Company obviously intended the conduct which violates the Act in respect to the "Foreclosure Sale" language on the envelope, but it simply failed to acquaint itself with the pertinent law. Claiming ignorance of the law will not be a valid defense. See Rutyna v. Collection Accounts Terminal, Inc, and Haynes v. Logan Furniture Mart, Inc.

I am prepared to file this lawsuit and defend against any motions that may arise, but I think a lot of hassle can be avoided on both sides if you are open to settlement. It will cost less in time and money and, more importantly, in your case, will be more discreet. I see this violation being a major problem for your company if the mistake that happened in my case is widespread. I feel I have been more than patient and reasonable by not moving forward to this point, but I do not want to waste any more time on this. I'd like to hear back from you today by email. Please don't respond by mail because I will have filed the lawsuit by then. My email address is allantalbert622@gmail.com.

Respectfully,

Allan Talbert

Exhib D
16

THE PEOPLE OF THE STATE OF CALIFORNIA DO ENACT AS FOLLOWS:

SECTION 1.   Section 2924.8 of the Civil Code is amended to read:
2924.8.   (a) (1) Upon posting a notice of sale pursuant to Section
2924f, a trustee or authorized agent shall also post the following
notice, in the manner required for posting the notice of sale on the
property to be sold, and a mortgagee, trustee, beneficiary, or
authorized agent, concurrently with the mailing of the notice of sale
pursuant to Section 2924b, shall send by first-class mail in an
envelope addressed to the "Resident of property subject to
foreclosure sale" the following notice in English and the languages
described in Section 1632.                    *See (d) below for exclusion*

Foreclosure process has begun on this property, which may affect
your right to continue to live in this property. Twenty days or more
after the date of this notice, this property may be sold at
foreclosure. If you are renting this property, the new property owner
may either give you a new lease or rental agreement or provide you
with a 90-day eviction notice. You may have a right to stay in your
home for longer than 90 days. If you have a fixed-term lease, the new
owner must honor the lease unless the new owner will occupy the
property as a primary residence or in other limited circumstances.
Also, in some cases and in some cities with a "just cause for
eviction" law, you may not have to move at all. All rights and
obligations under your lease or tenancy, including your obligation to
pay rent, will continue after the foreclosure sale. You may wish to
contact a lawyer or your local legal aid office or housing counseling
agency to discuss any rights you may have.


(2) The amendments to the notice in this subdivision made by the
act that added this paragraph shall become operative on March 1,
2013, or 60 days following posting of a dated notice incorporating
those amendments on the Department of Consumer Affairs Internet Web
site, whichever date is later.

(b) It ~~shall be~~ *is* an infraction to
tear down the notice described in subdivision (a) within 72 hours of
posting. Violators shall be subject to a fine of one hundred dollars
($100).
(c) The Department of Consumer Affairs shall make available
translations of the notice described in subdivision (a) which may be
used by a mortgagee, trustee, beneficiary, or authorized agent to
satisfy the requirements of this section.
(d) This section shall only apply to loans secured by residential
real property, and if the billing address for the mortgage note is
different than the property address.
(e) This section shall remain in effect only until December 31,
2019, and as of that date is repealed, unless a later enacted

*Exhib D*
*17*

# Exhibit "E"

Exhib E
18

**S S** SELECT
SERVICING, inc.

Page 1 of 1

P.O. Box 65250, Salt Lake City, UT 84165-0250

**MONTHLY MORTGAGE STATEMENT**

Statement Date:                                    12/16/13

Allan Talbert
Angelique Talbert                  14/2
7551 Shore Cliff Dr
Los Angeles CA  90045-4856

| | |
|---|---|
| **Customer Service** | **1-800-258-8602** |
| Monday - Thursday | 8:00AM - 11:00PM ET |
| Friday | 8:00AM - 9:00PM ET |
| Saturday | 8:00AM - 2:00PM ET |

For other important contact information see the reverse side

## LOAN INFORMATION

Property Address:  7551 SHORE CLIFF DR
                              LOS ANGELES CA  90045

Loan Number: 0015414360   Current Payment IR:   2.989%

**YTD Interest Paid       YTD Taxes Paid       YTD Principal Paid**

$ .00                                                        $ .00

**Current Principal          Taxes &
Balance¹                        Insurance**

If you have any questions regarding your loan or this statement
please call 1-800-258-8602. You can also access your automated
loan information 24 hours a day or make a payment online at
www.spservicing.com.

### THIS IS NOT AN ATTEMPT
### TO COLLECT A DEBT.

### THIS STATEMENT IS BEING SENT FOR
### INFORMATIONAL PURPOSES ONLY.

**We acknowledge your bankruptcy filing. Any payments
made on your account should be sent to the address
listed on the attached coupon.**

## ACTIVITY FROM 08/01/13 thru 12/16/13

| Date | Description | Prin Bal | Interest | Taxes & Insurance | Late Charges | Other Fees | Expenses Pd by Servicer | Total¹ |
|---|---|---|---|---|---|---|---|---|
| 08/01 | BEG BALANCE | | | | $0.00 | $0.00 | | |
| 09/27 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.36 | 72.36 |
| 11/14 | COUNTY TAX | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 10,804.80 |
| 11/26 | HAZARD INS | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 3,883.35 |
| 12/16 | ENDING BALANCE | | | | $0.00 | $0.00 | | 3,883.35 |

## IMPORTANT MESSAGES

¹This amount is not a payoff quote.  If you want a payoff quote,
please see instructions on reverse side.

Any transactions that occurred after the Statement Date noted
above will be reflected on your next statement.

Per IRS regulations all 2013 year end statements will be mailed no
later than January 31, 2014.  Year end information will be available
via our automated voice response system on January 2, 2014.
Duplicate year end statements can be obtained from our website
www.spservicing.com after January 31, 2014.

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT

Select Portfolio Servicing, Inc.

Allan Talbert
Angelique Talbert
Loan Number: 0015414360

## PAYMENT COUPON

Payment Amount                    $

**THIS IS NOT AN ATTEMPT TO COLLECT A DEBT.**
**This statement is being sent for informational purposes only.**

Additional Principal               $

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT  84165-0450

TOTAL PAYMENT                   $

☐ Change of address or telephone?  If so, check here and note changes on back.

2771  0015414360  44062183  44098040  4

Exhib E
19

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself [x] ) | **DEFENDANTS** ( Check box if you are representing yourself [ ] ) |
|---|---|
| ALLAN TALBERT | ALBERTELLI LAW PARTNERS CALIFORNIA, PA , as successor in interest to CALIFORNIA RECONVEYANCE COMPANY |

| **(b)** County of Residence of First Listed Plaintiff   <u>LOS ANGELES</u> | County of Residence of First Listed Defendant _____ |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| **(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. ALLAN TALBERT 7551 SHORE CLIFF DR. LOS ANGELES, CA 90045 310-922-7512 | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [x] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [x] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [x] No   [x] **MONEY DEMANDED IN COMPLAINT:** $ <u>Statutory and other</u>

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. §1692 Fair Debt Collections Violations

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [x] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | [ ] 190 Other Contract | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 195 Contract Product Liability | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 196 Franchise | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 896 Arbitration | **REAL PROPERTY** | [ ] 362 Personal Injury-Med Malpractice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| | [ ] 220 Foreclosure | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accommodations | [ ] 740 Railway Labor Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| | | | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

CV14-5706

| FOR OFFICE USE ONLY: | Case Number: | |
|---|---|---|
| CV-71 (11/13) | **CIVIL COVER SHEET** | Page 1 of 3 |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:**  Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles | Western |
| If "no," go to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B:  Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| ☐ Yes  ☒ No | **A PLAINTIFF?** Then check the box below for the county in which the majority of DEFENDANTS reside. | **A DEFENDANT?** Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| If "no," go to Question C.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true?  If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true?  If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D,  below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | **WESTERN DIVISION** |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court** and dismissed, remanded or closed?   [x] NO   [ ] YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed **in this court** that are related to the present case?   [x] NO   [ ] YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**   *Allan Talbert*   DATE:   7/22/14

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |